UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ROGER WATKINS,

                Plaintiff,

- against -

ANTHONY T. RINALDI, L.L.C., THE RINALDI GROUP L.L.C., and ANTHONY RINALDI,

                Defendants.

**ORDER**

19 Civ. 8457 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Defendants' motion for summary judgment:

1. Defendants' motion is due on **November 29, 2021**;

2. Plaintiff's opposition is due on **December 29, 2021**; and

3. Defendants' reply, if any, is due on **January 10, 2022**.

Any requests for leave to seek attorneys' fees and costs will be submitted after Defendants' summary judgment motion has been resolved.

Dated: New York, New York
       October 29, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge