# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

**IAN-PAUL A. POULOS**  
COUNSEL  
E-MAIL: IAPOULOS@CBDM.COM

February 14, 2022

**VIA ECF**  
Hon. Paul G. Gardephe  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2204  
New York, NY 10007

    Re:    Request to Extend Briefing Schedule  
               *Watkins v. Anthony T. Rinaldi, LLC et al*.  
               1:19-cv-08457-PGG-JLC

Dear Judge Gardephe:

       This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph I(D) of Your Honor's Individual Rules of Practice, the Defendants write with Plaintiff's consent to respectfully request an extension of the briefing schedule regarding summary judgment so that Defendants can serve a revised memorandum of law. *See* ECF Doc. 62, 64, 66 & 68. While preparing their summary judgment motion papers, the undersigned realized that excess pages would be required for the memorandum of law. For this reason, on February 1, 2022, and in advance of the February 3, 2022 motion deadline, the Defendants requested that Your Honor allow up to thirty (30) pages for the parties' memoranda of law.

       As the deadline was drawing near, the undersigned drafted the Defendants memorandum of law to ensure compliance with Your Honor's twenty-five (25) page limit, but the Defendants made structural changes to the memorandum and did not include all of the analysis they would have included with references to the record had they been able to include the extra five (5) pages.

       On February 3, 2022, the Defendants served their motion papers in compliance with Your Honor's twenty-five (25) page limit on opposing counsel.

       On February 7, 2022, Your Honor granted the Defendants' motion for excess pages. *See* ECF Doc. 70. Given that the Defendants had already served their motion papers, the result is that

**CLIFTON BUDD & DEMARIA, LLP**

February 14, 2022
Page 2

Plaintiff will have up to five extra pages in opposition that Defendants did not have in their moving papers.

The undersigned corresponded with opposing counsel and requested his consent for the Defendants to serve a revised memorandum of law that contains the excess pages that the undersigned intended to include. Plaintiff agreed in exchange for more time to respond. As such, the parties request that Your Honor revise the current briefing schedule as follows:

- Defendants' revised motion is due on February 16, 2022;

- Plaintiff's opposition is due on April 4, 2022;

- Defendants' reply, if any, is due on April 25, 2022.

This is the fourth request to extend Your Honor's briefing schedule. Granting this request will not affect scheduled dates other than those indicated above.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

CC: Counsel of Record (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.

Dated: February 14, 2022