UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH ROGER WATKINS,

                Plaintiff,                            19 **CIVIL** 8457 (PGG)(JLC)

      -against-                                **JUDGMENT**

ANTHONY T. RINALDI, L.L.C.,
THE RINALDI GROUP L.L.C., and
ANTHONY RINALDI,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 11, 2023, Judge Cott's Report & Recommendation is adopted in part as set forth above, and Defendants' motion for summary judgment is GRANTED as to Plaintiffs ADA and NYSHRL claims. Judgment for Defendants on Plaintiffs ADA and NYSHRL claims, dismiss Plaintiffs NYCHRL claims without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         September 11, 2023

                                                                **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                   **BY:**

                                                                      **Deputy Clerk**